JACK MILLER and MAX BASSER, Copartners Trading under the Name of NEW YORK BARGAIN HOUSE, Respondents, v. RKO PROCTOR CORPORATION, Appellant. —While we hold the complaint to be sufficient we do not mean to indicate that the plaintiffs will be entitled to all of the relief demanded. Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

NORA HAGEN HELGESEN, as Administratrix, etc., of ANNA HAGEN, Deceased, Appellant, v. (Mrs.) LEWIS B. BROWN and MANNING BROWN, Respondents.- Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALL & BEAVER STREET CORPORATION, Respondent, v. PERRY A. HULL, Appellant.—Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days, upon compliance with the conditions imposed by the court at Special Term and upon payment of the costs and disbursements of this appeal. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ALICE GUNTON SMITH, Appellant, v. IRVING TRUST COMPANY, as Executor, etc., of OSCAR F. DOUGLAS, JR., Deceased, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ISIDORE GROSSMAN, Suing as a Director and for the Benefit of INDUSTRAL NATIONAL BANK OF NEW YORK, Appellant, v. MAX WEINSTEIN, NAVARRE NATIONAL CORPORATION and INDUSTRIAL NATIONAL BANK OF NEW YORK, Respondents.— Order unanimously modified by denying the motion to compel plaintiff separately to state and number causes of action and by denying the motion to strike out paragraphs 18, 21, 22, 23 and 24 of the complaint, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant, with leave to the plaintiff to serve an amended complaint within ten days after entry of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of the Consul General of the Republic of Poland, Attorney in Fact for PINKAS GLASSNER, to Revoke Letters of Administration with the Will Annexed, Issued to ANNIE G. LAVY, on the Estate of ISIDOR H. GLASSNER, Deceased. ANNIE G. LAVY, Individually, Appellant; ANNIE G. LAVY, as Administratrix c. t. a., Appellant; SYLVESTER GRUSZKA, Consul General of Republic of Poland, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.